NYCK KOTYK, Appellant, *v.* REALTY HOTELS, INC., Respondent.

Submitted November 17, 1941; decided November 27, 1941.

*James J. Reilly, William B. Butler* and *Stephen J. Jarema* for motion.

*Clarence S. Zipp, William S. O'Connor* and *Daniel Miner* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that no final judgment has been rendered.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMMA MARTIN, Appellant.

Submitted November 17, 1941; decided November 27, 1941.

*Robert S. Long, District Attorney,* for motion.

*F. Claude O'Connell* opposed.

Motion denied, default opened and case set down for argument during second week of January, 1942, session.